BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

**FILED**

JUN 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   CR. NO. 2:11CR0253 KJN
                                  )
              Plaintiff,          )   ORDER TO SEAL
      v.                          )   (UNDER SEAL)
                                  )
TAMMY PACHECO,                    )
                                  )
              Defendants.         )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

DATED: June 16, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1