

**FILED**
JUN 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>       Plaintiff, )<br>   v.      )<br>           )<br> SEALED,    )<br>           )<br>      Defendant. )<br>_____) | 2:11 CR 0253 KJM |

### SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order the Court.

DATED: June 16, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge