BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TAMMY PACHECO,<br><br>          Defendant. | D.C. NO. 2-11-cr-253 KJM<br><br>APPLICATION AND ORDER<br>FOR UNSEALING INDICTMENT |

On June 16, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: June 22, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        By:/s/ Jared C. Dolan
                                           JARED C. DOLAN
                                           Assistant U.S. Attorney

                                        ORDER
SO ORDERED:

DATED: June 22, 2011

                                           HON. EDMUND F. BRENNAN
                                           U.S. Magistrate Judge

1