**FILED**

June 22, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-11-0253-KJM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| TAMMY PACHECO, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TAMMY PACHECO, Case No. CR.S-11-0253-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of: $____

    ____ Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __6/22/2011__ at __3:25 pm__.

By _____
Edmund F. Brennan
United States Magistrate Judge