```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAMMY PACHECO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAMMY PACHECO,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00253 KJM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>DATE:　August 25, 2011<br>TIME:　10:00 a.m.<br>JUDGE: Kimberly J. Mueller |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Status Conference hearing date of August 25, 2011 be vacated, and the matter rescheduled for Status Conference on October 20, 2011 at 10:00 a.m.

　　　This continuance is requested because Ms. Pacheco's counsel needs additional time to prepare, conduct additional factual investigation, and continue preliminary discussion with government's counsel toward possible resolution of the case.

　　　To afford time to complete these tasks, the parties agree that the time under the Speedy Trial Act should be excluded from the date of

signing of this order through and including October 20, 2011 pursuant to 18 U.S.C.§3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 23, 2011                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      TAMMY PACHECO


Dated: August 23, 2011                BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ Jared Dolan
                                      JARED DOLAN
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The Status Conference set for August 25, 2011 is vacated and rescheduled for October 20, 2011 at 10:00 a.m. For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 20, 2011.

Dated: August 24, 2011.

_____
UNITED STATES DISTRICT JUDGE