UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Muller<br>United States District Judge<br>Sacramento, California | **RE: Tammy Pacheco**<br>**Docket Number:  0972 2:11CR00253-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Tammy Pacheco is requesting permission to travel to Tijuana, Baja California Norte, Mexico. Ms. Pacheco is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On June 6, 2012, Tammy Pacheco was sentenced for the offense(s) of 18 USC 665(a) - Theft form Employment and Training Funds (5 counts).

**Sentence Imposed:**  60 months probation, each count to run concurrent

**Dates and Mode of Travel:**  Pacheco is requesting to travel by vehicle to Tijuana. She would be in Mexico November 18 and return the following day, November 19, 2016.

**Purpose:**  She is requesting to travel for employment purposes. She is an assistant for promoting a one-night concert at a hotel and would be staying in the venue over-night.

1

**RE:** **Tammy Pacheco**
**Docket Number:  0972 2:11CR00253-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Lisa S. Hage*

Lisa S. Hage
United States Probation Officer

Dated: November 16, 2016
Elk Grove, California
LSH/sda

*/s/ Brenda Barron-Harrell*
**REVIEWED BY:** **Brenda Barron-Harrell**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

November 16, 2016
**Date**

UNITED STATES DISTRICT JUDGE

2